UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JENNIFER LARSON, as Personal
Representative of the Estate of
CHIEF WARRANT OFFICER
ERIK LARSON, Deceased,**

      Plaintiff(s),

v.     CASE NO: 8:03-cv-1389-T-30TBM

**BOMBARDIER, INC., et al.,**

      Defendants.
_____/

### ORDER OF DISMISSAL

Notices of Settlement (Dkts. #186 and #187) were filed in consolidated case number 8:03-cv-539-T-30MSS regarding the above-styled case. In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1)    This case is dismissed.

2)    All pending motions are denied as moot.

3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-1389.dismissal.wpd*